Coralee BERRY, Petitioner,

v.

OFFICE OF PERSONNEL
MANAGEMENT,
Respondent.

No. 02–3265.

United States Court of Appeals,
Federal Circuit.

July 1, 2002.

## ORDER

The petitioner having failed to file the required Statement Concerning Discrimination, it is

ORDERED that the petition for review be, and the same hereby is, DISMISSED, for failure to prosecute in accordance with the rules.

THE BOARD OF EDUCATION (for and on behalf of the Board of Trustees of Florida State University), MDS Research Foundation, Inc., and Taxolog, Inc., Plaintiffs–Cross Appellants,

v.

AMERICAN BIOSCIENCE, INC. (formerly known as Vivorx Pharmaceuticals, Inc.), Defendant–Appellant,

and

Chunlin TAO, Defendant.

No. 02–1109, 02–1394.

United States Court of Appeals,
Federal Circuit.

July 1, 2002.

## ORDER

The appellant having failed to pay the docketing fee required by Federal Circuit Rule 52(a)(1) within the time permitted by the rules, it is

ORDERED that the notice of appeal be, and the same hereby is, DISMISSED, for failure to prosecute in accordance with the rules.

As to the cross appeal, 02–1394, only.